MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Staggs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S- CRS 02-287 FCD |
| Plaintiff ) | |
| ) | STIPULATION CONTINUING STATUS |
| vs. ) | CONFERENCE |
| ) | |
| ) | ORDER |
| MICHAEL STAGGS ) | Date: October 3, 2005 |
| ) | Time: 9:30 AM |
| ) | Court: FCD |
| Defendant ) | |

This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for status conference on October 3, 2005. The parties, through their respective counsel, stipulate to the continuance of the status conference in to October 17, 2005 at 9:30 AM.

This continuance is necessitated due to the fact that the undersigned counsel is unavailable on the date presently set.

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

-1-

**IT IS SO STIPULATED**

DATED: September 29, 2005  /S/ Michael B. Bigelow
Michael B. Bigelow
Attorney for Defendant


Dated: September 29, 2005  /S/ Christine Watson
Mary Grad, AUSA


**ORDER**

Upon stipulation of both parties, and for good cause shown, the next status conference in this case is continued to October 17, 2005 at 9:30 a.m. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: September 29, 2005  /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
District Court Judge