MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Staggs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S- CRS 02-287 FCD |
| Plaintiff ) | |
| ) | STIPULATION CONTINUING |
| vs. ) | SENTENCING |
| ) | |
| ) | ORDER |
| MICHAEL STAGGS ) | |
| ) | Date: January 9, 2006 |
| ) | Time: 9:30 AM |
| Defendant ) | Court: FCD |
| ) | |

This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for sentencing on November 28, 2005. The parties, through their respective counsel, stipulate to the continuance of the sentencing to January 9, 2006 at 9:30 AM.

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

-1-

**IT IS SO STIPULATED**


DATED: November 22, 2005          /S/ Michael B. Bigelow
                                  Michael B. Bigelow
                                  Attorney for Defendant



Dated: November 22, 2005          /S/ Christine Watson
                                  Christine, AUSA


**ORDER**

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued to January 9, 2006. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: November  23, 2005         /s/ Frank C. Damrell Jr.
                                  Hon. Frank C. Damrell, Jr.
                                  District Court Judge