MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Staggs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> MICHAEL STAGGS ) <br> ) <br> ) <br> Defendant ) <br> ) | No. Cr.S- CRS 02-287 FCD <br><br> STIPULATION CONTINUING <br> SENTENCING <br><br> ORDER <br><br> Date: February 21, 2006 <br> Time: 9:30 AM <br> Court: FCD |

This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for sentencing on January 9, 2005. The parties, through their respective counsel, stipulate to the continuance of the sentencing to February 21, 2006 at 9:30 AM.

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

-1-

**IT IS SO STIPULATED**

DATED: January 5, 2006          /S/ Michael B. Bigelow
                                Michael B. Bigelow
                                Attorney for Defendant


Dated: January 5, 2006          /S/ Christine Watson
                                Christine, AUSA


### ORDER

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued to February 21, 2006 at 9:30 a.m. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: January 6, 2006          /s/ Frank C. Damrell Jr.
                                Hon. Frank C. Damrell, Jr.
                                District Court Judge