```
1  MICHAEL B. BIGELOW
   Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
   Michael Staggs

5
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. Cr.S- CRS 02-287 FCD |
| Plaintiff | ) | |
| | ) | STIPULATION CONTINUING |
| vs. | ) | SENTENCING |
| | ) | |
| | ) | ORDER |
| MICHAEL STAGGS | ) | |
| | ) | Date: March 13, 2006 |
| | ) | Time: 9:30 AM |
| Defendant | ) | Court: FCD |
| | ) | |

This matter is a remand from the Ninth Circuit Court of Appeals and is presently scheduled for sentencing on February 21, 2006. The parties, through their respective counsel, stipulate to the continuance of the sentencing to March 13, 2006 at 9:30 AM.

Assistant United States Attorney Christine Watson agrees with this request and has authorized the undersigned to submit her signature.

**IT IS SO STIPULATED**

DATED: February 17, 2006         /S/ Michael B. Bigelow
                                 Michael B. Bigelow
                                 Attorney for Defendant


Dated: February 17, 2006         /S/ Christine Watson
                                 Christine, AUSA


**ORDER**

Upon stipulation of both parties, and for good cause shown, sentencing in this case is continued to March 13, 2006. This continuance is appropriate in order to maintain continuity of counsel.

**IT IS SO ORDERED**

Dated: February 17, 2006         /s/ Frank C. Damrell Jr.
                                 Hon. Frank C. Damrell, Jr.
                                 District Court Judge