MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Michael Staggs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> MICHAEL STAGGS ) <br> ) <br> ) <br> Defendant ) | No. Cr.S-02-287 FCD <br><br> ORDER <br> Date: April 24, 2006 <br> Time: 9:30 AM <br> Court: FCD |

**ORDER**

Upon stipulation of both parties as stated in the Memorandum filed on March 10, 2006, and for good cause shown, sentencing in this case is continued to April 24, 2006 at 9:30 a.m.

**IT IS SO ORDERED**

Dated: March 13, 2006         /s/ Frank C. Damrell Jr.
                              Hon. Frank C. Damrell, Jr.
                              District Court Judge

-1-