PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.  )<br>)<br>**Michael STAGGS** )<br>) | **Docket Number: 2:02CR00287-02** |

On December 22, 2003, the above-named was placed on Supervised Release for a period of 3 years. On October 31, 2006, this office was notified by the Bureau of Prisons that Mr. Staggs was confirmed dead by the Federal Medical Center, Butner, North Carolina, on October 15, 2006. It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Dated:   November 1, 2006
         Roseville, California
         rae:cd

**ORDER OF COURT**

It is ordered that the proceedings in this case be terminated and the case closed.

November 2, 2006
**Date**

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

cc:   United States Attorney's Office
      Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG